IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03038-MSK-BNB

JAMAL GROSS,

    Plaintiff,

v.

RUSS TABOR, and
DAVID WERTZ,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text-Only Order filed on October 10, 2012, adopting the Recommendation issued by the Magistrate Judge (Doc. #41), it is

ORDERED that this case is DISMISSED for failure to prosecute and the case is considered closed.

IT IS FURTHER ORDERED that defendants are AWARDED their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 16th day of November, 2012.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By: s/Edward P. Butler
                              Edward P. Butler, Deputy Clerk